FILED

01/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0600

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 21-0600**

IN THE MATTER OF THE
GUARDIANSHIP OF AND
CONSERVATORSHIP FOR:

C.M.M.,

        A Protected Person.

**ORDER GRANTING EXTENSION**

Pursuant to Appellant's Unopposed Motion for Extension of Time to File Opening Brief, and with good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED. Appellant shall have up to and including January 25, 2022 by which to file her opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc:    Counsel of Record

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 10 2022